[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16527
Non-Argument Calendar

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 22, 2006
THOMAS  K. KAHN
CLERK

D. C. Docket No. 05-00043-CV-2

DR. MARGIE MCRAE,

Plaintiff-Appellant,

versus

RUSSELL BERGER,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Georgia

(March 22, 2006)

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

Dr. Margie McRae appeals the summary judgment granted for Officer Russell

Berger of the City of Brunswick, Georgia Police Department.  McRae's complaint

alleges a federal claim for violation of her Fourth Amendment rights and state law claims for false imprisonment and wrongful arrest.  The district court found that all McRae's claims fail, as a matter of law, because Berger is entitled to qualified immunity with respect to the federal claim and official immunity with respect to the state law claims.  McRae's appeal challenges only the judgment on the federal claim; her appellate brief does not address the district court's finding of official immunity under state law.

On the merits of the appeal, having considered the briefs and relevant parts of the record, we find no error in the district court's grant of summary judgment.  The judgment of the district court is affirmed.

AFFIRMED.